UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GERALD ARBUCKLE,

    Plaintiff,

v.                                             Case No. 2:03-cv-107
                                             HON. GORDON J. QUIST

W. COOLMAN, et al.,

    Defendants.

_____/

**ORDER**

    Defendants have filed a motion to compel deposition of plaintiff. Defendants' motion (docket #52) is GRANTED.

    IT IS ORDERED that Plaintiff shall allow his deposition to be taken by the defendants at a date and time to be determined by defendants. Failure of plaintiff to cooperate in the taking of his deposition may result in dismissal of plaintiff's complaint, pursuant to Federal Rule of Civil Procedure 41(b).

    IT IS SO ORDERED.

                                                       /s/ Timothy P. Greeley
                                                       TIMOTHY P. GREELEY
                                                       UNITED STATES MAGISTRATE JUDGE

Dated:   January 9, 2006